UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HYSITRON INCORPORATED,  CIVIL NO. 07-1533 (ADM)

    Plaintiff,

v.  ORDER OF RECUSAL

MTS SYSTEMS CORPORATION,

    Defendant.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Dated: March 15, 2007

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge