**Affidavit of Personal Service**

**State of Minnesota**

**County of Hennepin**

RE:     **Hysitron Incorporated v. MTS Systems Corporation**

       **Case Number: 07-CV-1533**

Bob Rahn, an agent of Platinum Courier Services, being duly sworn, states that on the 23rd day of March, 2007 he served the following:

1. Civil Cover Sheet;
2. Summons; and
3. Complaint.

Upon:  MTS Systems Corporation
       14000 Technology Drive
       Eden Prairie, MN 55344

By handing to and leaving with Barb Carpenter, Board Secretary.

Sworn to me this 26th of March , 2007

Notary Public



PHILIP J. EKMAN
NOTARY PUBLIC – MINNESOTA
My Commission Expires Jan. 31, 2010