# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Hysitron Incorporated,            Civ. No. 07-CV-1533 ADM/JSM
a Minnesota corporation,

       Plaintiff,

vs.

MTS Systems Corporation,
a Minnesota corporation,

       Defendant.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on April 12, 2007, I caused the following document:

       Answer

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Allen W. Hinderaker ahinderaker@merchantgould.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

       N/A.

and I further certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

       N/A

Dated: April 12, 2007            s/Ehrich L. Koch
                                       Ehrich L. Koch