UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HYSITRON INCORPORATED,

      Plaintiff,

v.

MTS SYSTEMS CORPORATION,

      Defendant.

Civil No. 07-1533 ADM/AJB

NOTICE OF
PRETRIAL CONFERENCE

TO:   Plaintiff above named and to Allen W. Hinderaker, Todd S. Werner, Tong Wu, attorneys for Plaintiff;

Defendant above named and to Ehrich L. Koch, Phillip A. Cole, attorneys for Defendant.

If counsel for all parties are not listed above, it is the responsibility of Plaintiff counsel to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

I.    DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held in Suite 720, 180 East 5th Street, St. Paul, Minnesota, on May 29, 2007, at 11:15 a.m., before Magistrate Judge Arthur J. Boylan to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters. **Each party shall submit a Letter concerning settlement, which shall remain confidential between the Court and that party at least three days prior to the pretrial conference. This letter shall be submitted to the undersigned by e-mail to the following address: boylan_chambers@mnd.uscourts.gov.**

II. MEETING, REPORTS AND DISCLOSURES REQUIRED

A. Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet in person on or before May 11, 2007, to discuss settlement, and to prepare the report required by Rule 26(f) and Local Rule 16.2.

B. If the case does not settle, no later than May 22, 2007, counsel shall jointly prepare and file with the Clerk of Court a complete written report of the Rule 26(f) meeting. **A copy of the report shall also be mailed to chambers of this Court, Room 638, 316 North Robert Street, St. Paul, Minnesota, 55101**, on or before May 22, 2007. The report shall comply with the requirement of this Court's Local Patent Rules.

C. Unless otherwise agreed by counsel, the initial disclosures under Rule 26(a)(1) shall also be exchanged no later than May 22, 2007.

III. EXERCISE OF JURISDICTION BY U.S. MAGISTRATE JUDGE PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 636(c)

If the parties consent to have this matter tried before the Magistrate Judge, all counsel are requested to sign the attached form by May 29, 2007, and electronically file said form pursuant to Section II, Part F, of the Electronic Case Filing Procedures for the District of Minnesota (Civil).

Dated: April 19, 2007

    s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge