IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation, | ) ) ) | Civil Action No. 07 CV 1533 ADM/AJB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MTS SYSTEMS CORPORATION,<br>a Minnesota corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

## **PLAINTIFF'S RULE 7. 1 CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Hysitron Inc. hereby submits this Corporate Disclosure Statement, which it inadvertently failed to file along with its Complaint in this action.

Plaintiff Hysitron, Inc. has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Respectfully submitted,


MERCHANT & GOULD P.C.


Dated: May 7, 2007             By:    s/Allen Hinderaker
                                    Allen W. Hinderaker, #45287
                                    Tong Wu, MN Reg. #0288974
                                    Todd Werner, MN Reg. #033019X
                                    3200 IDS Center
                                    80 South Eighth Street
                                    Minneapolis, MN 55402-4131
                                    Telephone: (612) 332-5300
                                    Facsimile: (612) 332-9081

                                 ATTORNEYS FOR PLAINTIFF