IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, | Civil Action No. 07 CV 1533 ADM/AJB |
| Plaintiff, | |
| v. | |
| MTS SYSTEMS CORPORATION, a Minnesota corporation, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2007, I caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Plaintiff's Corporate Disclosure Statement: and
2. Certificate of Service.

Date: May 7, 2007     By:   s/Allen Hinderaker
                                    Allen W. Hinderaker