UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HYSITRON INCORPORATED,                              Civil No.  07-1533 ADM/AJB

      Plaintiff,

v.                                                                **AMENDED** NOTICE OF
                                                                    PRETRIAL CONFERENCE
MTS SYSTEMS CORPORATION,

      Defendant.


The Rule 16 Pretrial Conference in the above captioned matter has been rescheduled to be held in the Minneapolis Courthouse.  The Pretrial Conference will be held on May 29, 2007, at 11:15 a.m., **in Suite 8E, 300 South Fourth Street, Minneapolis, Minnesota**, before the undersigned Magistrate Judge.

Dated:  May 10, 2007


       s/ Arthur J. Boylan
      ARTHUR J. BOYLAN
      United States Magistrate Judge