**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| _____ | ) | |
| HYSITRON INCORPORATED, | ) | Civil Action No. 07-CV-1533 ADM-AJB |
| a Minnesota corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MTS SYSTEMS CORPORATION, | ) | |
| a Minnesota corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CORPORATE DISCLOSURE STATEMENT**

MTS Systems Corporation does not have a parent corporation, and no publicly held

corporation owns 10% or more of its stock or shares.

LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A.

DATED:  May 15, 2007          BY   *s/Ehrich L. Koch*
                                 Phillip A. Cole, I.D. No. 17802
                                 Ehrich L. Koch, I.D. No. 159670
                                 Attorneys for Defendant
                                 2000 IDS Center
                                 80 South Eighth Street
                                 Minneapolis, MN  55402
                                 (612) 339-8131
                                 FAX: (612) 339-8064