IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, Plaintiff, v. MTS SYSTEMS CORPORATION, a Minnesota corporation, Defendant. | Civil Action No. 0:07-cv-01533-ADM/AJB |

## STIPULATED MOTION TO AMEND THE COMPLAINT

Plaintiff Hysitron Incorporated pursuant to Rule 15 of the Federal Rules of Civil Procedure moves to amend, file, and serve it Amended Complaint with the consent of the defendant, MTS Systems Corporation. Pursuant to Local Rule 15.1, the proposed Amended Complaint is attached hereto.

**MERCHANT & GOULD**

Dated: May 22, 2007

By: s/Allen Hinderaker
Allen W. Hinderaker, #45287
Tong Wu, MN Reg. #0288974
William D. Schultz, MN # 0323482
Todd Werner, MN Reg. #033019X

3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

*Attorneys for Plaintiff Hysitron Incorporated*

Stipulated to by: **LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A.**

By: s/Ehrich L. Koch
Phillip A. Cole, I.D. No. 17802
Ehrich L. Koch, I.D. No. 159670

2000 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
Telephone: (612) 339-8183
Facsimile: (612) 339-8064

*Attorneys for Defendant MTS Systems Corporation*