IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, | Civil Action No. 07 CV 1533 ADM/AJB |
| Plaintiff, | |
| v. | |
| MTS SYSTEMS CORPORATION, a Minnesota corporation, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2007, I caused the following documents to be filed electronically with the Clerk of Court through ECF:

    1.     Stipulated Protective Order;
    2.     Stipulated Motion to Amend the Complaint; and
    3.     Rule 26(f) Report.

Date: May 22, 2007                                              By:   s/Allen Hinderaker
                                                                                           Allen W. Hinderaker