# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, | Civil Action No. 07-CV-1533 ADM-AJB |
| Plaintiff, | |
| v. | |
| MTS SYSTEMS CORPORATION, a Minnesota corporation, | |
| Defendant. | |

## **DEFENDANT MTS SYSTEMS CORPORATION'S MOTION TO STAY**

Defendant MTS Systems Corporation ("MTS") respectfully moves this Court for an Order granting a stay of the proceedings in the above-captioned matter. Defendant MTS will file its memorandum in support of its motion to stay, along with supporting affidavits, exhibits, and a proposed order in accordance with the Local Rules of the United States District Court for the District of Minnesota.

DATED this 25th day of May, 2007.

LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A.

BY  *s/Ehrich L. Koch*
Phillip A. Cole, I.D. No. 17802
Ehrich L. Koch, I.D. No. 159670
Attorneys for Defendant
2000 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
(612) 339-8131
FAX: (612) 339-8064