IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, | Civil Action No. 07-CV-1533 ADM-AJB |
| Plaintiff, |  |
| v. |  |
| MTS SYSTEMS CORPORATION, a Minnesota corporation, |  |
| Defendant. |  |

## DEFENDANT'S NOTICE OF MOTION TO STAY

PLEASE TAKE NOTICE that at 9:00 a.m. on Wednesday, June 20, 2007, before U. S. Magistrate Arthur J. Boylan, **180 East 5th Street, Courtroom 5, St. Paul, Minnesota**, Defendant MTS Systems Corporation ("MTS") will move the Court for an Order granting a stay of all proceedings in the captioned matter.

DATED this 25th day of May, 2007.

LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A.

BY   *s/Ehrich L. Koch*
    Phillip A. Cole, I.D. No. 17802
    Ehrich L. Koch, I.D. No. 159670
    Attorneys for Defendant
    2000 IDS Center
    80 South Eighth Street
    Minneapolis, MN  55402
    (612) 339-8131
    FAX: (612) 339-8064