# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Hysitron Incorporated,                                                      Civ. No. 07-CV-1533 ADM/JSM
a Minnesota corporation,

        Plaintiff,

vs.

MTS Systems Corporation,
a Minnesota corporation,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I caused the following documents:

    Defendant MTS Systems Corporation's Motion to Stay
    Defendant's Notice of Motion to Stay

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Allen W. Hinderaker ahinderaker@merchantgould.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A.

and I further certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

    N/A

Dated:  May 25, 2007                  _s/Ehrich L. Koch_
                                              Ehrich L. Koch