IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MTS SYSTEMS CORPORATION,<br>a Minnesota corporation,<br><br>Defendant. | Civil Action No. 0:07-CV-01533-ADM/AJB<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 29, 2007, I caused the following document:

1. Amended Complaint

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e- notice of the electronic filing to the following:

    Ehrich L. Koch, Esq. (ehrich@lommen.com)
    Phillip A Cole (phil@lommen.com)
    Lommen, Abdo, Cole, King & Stageberg
    2000 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402

I further certify that I caused to be hand delivered a copy of the Amended Complaint addressed to:

    Ehrich L. Koch, Esq. (ehrich@lommen.com)
    Lommen, Abdo, Cole, King & Stageberg
    2000 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402

Dated: May 29, 2007                        MERCHANT & GOULD P.C.

                                                    By: s/Allen W. Hinderaker
                                                         Allen W. Hinderaker, #45287