IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, | ) ) ) ) | Civil Action No. 07-CV-1533 ADM-AJB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| MTS SYSTEMS CORPORATION, a Minnesota corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION FOR EXTENSION TO ANSWER THE AMENDED COMPLAINT

IT IS HEREBY STIPULATED between the parties of the above-captioned matter, through their respective counsel, that Defendant MTS Systems Corporation may have until June 18, 2007, or ten days after service of the Amended Complaint, whichever is later, to serve an Answer to the Amended Complaint.

MERCHANT & GOULD

DATED: May 25, 2007       BY /s/ Allen Hinderaker
Allen W. Hinderaker, I.D. No. 45287
Tong Wu, I.D. No. 0288974
William D. Schultz, I.D. No. 0323482
Todd Werner, I.D. No. 033019X
Attorneys for Plaintiff
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300
FAX: (612) 332-9081

Hysitron Incorporated v. MTS Systems Corporation     Doc. 23

Dockets.Justia.com

LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A.

DATED: 5/29/07    BY _____
Phillip A. Cole, I.D. No. 17802
Ehrich L. Koch, I.D. No. 159670
Attorneys for Defendant
2000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064