# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# PRETRIAL CONFERENCE

Hysitron Incorporated,

                Plaintiff,

v.

MTS Systems Corporation,

                Defendant.

**COURT MINUTES**
Case Number: 07-1533 ADM/AJB

| | |
|---|---|
| Date: | 5/29/07 |
| Time Commenced: | 11:30 a.m. |
| Time Concluded: | Noon |
| Time in Court: | 30 Minutes |

Pretrial Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota. Scheduling order to be issued.

                                                                                           s/ Kathy Thobe
                                                                                           Judicial Assistant