## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

```
_____
                                    )
HYSITRON INCORPORATED,              )    Civil Action No. 07-CV-1533 ADM-AJB
a Minnesota corporation,            )
                                    )
            Plaintiff,              )
                                    )
v.                                  )
                                    )
MTS SYSTEMS CORPORATION,            )
a Minnesota corporation,            )
                                    )
            Defendant.              )
_____)
```

### DECLARATION OF EHRICH L. KOCH IN SUPPORT
### OF DEFENDANT'S MOTION TO STAY

I, Ehrich L. Koch, hereby declare as follows:

1. I am an attorney with the Lommen Abdo law firm of Minneapolis, Minnesota, and represent Defendant MTS Systems Corporation in the above-captioned matter. I respectfully submit this declaration in support of Defendant's Motion to Stay.

2. On May 25, 2007, MTS Systems Corporation submitted a separate Request for Ex Parte Reexamination for each of the two patents that Plaintiff alleges MTS Systems Corporation has infringed. MTS Systems Corporation seeks reexamination of claims 1-24 of United States Patent No. 6,026,677 ("the '677 Patent"), and reexamination of claims 1-3, 5-6, 10-12, 25-27, 31 and 32 of United States Patent No. 5,553,486 ("the '486 Patent").

3. Attached hereto as Exhibit 1 is a true and correct copy of <u>eSoft, Inc. v. Blue Coat Systems, Inc.</u>, 2007 WL 549843 (D. Colo. 2007).

4. Attached hereto as Exhibit 2 are true and correct copies of Manual of Patent

Examining Procedure §§ 2209, 2261 8th Ed. (2006).

5. Attached hereto as Exhibit 3 is a true and correct copy of Broadcast Innovation, LLC v. Charter Communications, Inc., 2006 WL 1897165 (D. Colo. 2006).

6. Attached hereto as Exhibit 4 is a true and correct copy of Magna Donnelly Corp. v. Pilkington, N. Am. Inc., 2007 WL 772891 (W.D. Mich. 2007).

7. Attached hereto as Exhibit 5 is a true and accurate copy of 3M Innovative Props. Co. v. DuPont Dow Elastomers, LLC, 2005 WL 2216317 (D. Minn. 2005).

8. Attached hereto as Exhibit 6 is a true and correct copy of Pacesetter, Inc. v. Cardiac Pacemakers, Inc., 2003 WL 23303473 (D. Minn. 2003).

9. Attached hereto as Exhibit 7 is a true and correct copy of Vdata, LLC v. Aetna, Inc., 2006 WL 3392889 (D. Minn. 2006).

10. Attached hereto as Exhibit 8 is a true and correct copy of Card Tech. Corp. v. Datacard Corp., 2007 WL 551615 (D. Minn. 2007).

11. Attached hereto as Exhibit 9 is a true and accurate copy of CNS, Inc. v. Silver Eagle Labs, Inc., 2004 WL 3631121 (D. Minn. 1994).

12. Attached hereto as Exhibit 10 is a true and correct copy of Arctic Cat, Inc. v. Injection Research Specialists, Inc., 2003 WL 22047872 (D. Minn. 2002).


DATED: June 6, 2007        By: _s/Ehrich L. Koch_
                                         Ehrich L. Koch