# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

HYSITRON INCORPORATED,  Civ. No. 07-CV-1533 ADM/AJB
a Minnesota corporation,

        Plaintiff,

vs.

MTS SYSTEMS CORPORATION,
a Minnesota corporation,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2007, I caused the following documents:

    Defendant MTS Systems Corporation's Memorandum in Support of Motion to Stay
    Declaration of Ehrich L. Koch in Support of Defendant's Motion to Stay

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Allen W. Hinderaker ahinderaker@merchantgould.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A.

and I further certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

    N/A

Dated: June 6, 2007              *s/Ehrich L. Koch*
                                  Ehrich L. Koch