# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| *HYSITRON INCORPORATED,*<br>*a Minnesota corporation,*<br><br>　　　　　　　Plaintiff<br><br>v.<br><br>*MTS SYSTEMS CORPORATION,*<br>*a Minnesota corporation,*<br><br>　　　　　　　Defendant | **LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANT MTS SYSTEMS CORPORATION'S MEMORANDUM IN SUPPORT OF MOTION TO STAY**<br><br>Case Number:　07-CV-1533<br>　　　　　　　　　(ADM/AJB) |

I, Ehrich L. Koch, certify that Defendant MTS Systems Corporation's Memorandum in Support of Motion to Stay complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Word Perfect Version 10, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains *2,384* words.


Date:  June 6, 2007　　　　　　　BY 　*s/Ehrich L. Koch*
　　　　　　　　　　　　　　　　　　　Phillip A. Cole, I.D. No. 17802
　　　　　　　　　　　　　　　　　　　Ehrich L. Koch, I.D. No. 159670
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　2000 IDS Center
　　　　　　　　　　　　　　　　　　　80 South Eighth Street
　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402
　　　　　　　　　　　　　　　　　　　(612) 339-8131
　　　　　　　　　　　　　　　　　　　FAX: (612) 339-8064