# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, | ) ) ) |
|  | ) Civil Action No. 07 CV 1533 ADM/AJB |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| MTS SYSTEMS CORPORATION, a Minnesota corporation, | ) ) |
|  | ) |
| Defendant. | ) |
|  | ) |

This document is a placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

### MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STAY LITIGATION PENDING REEXAMINATION OF PLAINTIFF'S PATENTS

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

☐ Voluminous Document

☐ Unable to Scan Documents

☐ Physical Object

☐ Non Graphical/Textual Computer File on CD or other media

☒ Item Under Seal pursuant to a court order (Court Docket Nos. 17)

☐ Item Under Seal pursuant to the Judicial Conference Privacy Policy

☐ Other (description)