# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|   |   |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MTS SYSTEMS CORPORATION,<br>a Minnesota corporation,<br><br>Defendant. | Civil Action No. 07 CV 1533 ADM/AJB |

This document is a placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

### DECLARATION OF THOMAS WYROBEK IN OPPOSITION TO MOTION TO STAY

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

☐ Voluminous Document

☐ Unable to Scan Documents

☐ Physical Object

☐ Non Graphical/Textual Computer File on CD or other media

☒ Item Under Seal pursuant to a court order (Court Docket Nos. 17)

☐ Item Under Seal pursuant to the Judicial Conference Privacy Policy

☐ Other (description)