# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation, | )<br>)<br>) |
|  | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| MTS SYSTEMS CORPORATION,<br>a Minnesota corporation, | )<br>) |
|  | ) |
| Defendant. | ) |

Civil Action No. 07 CV 1533 ADM/AJB

## LOCAL RULE 7.1(c) CERTIFICATION

I hereby certify that the accompanying Response in Opposition to Defendant's Motion to Stay Litigation Pending Reexamination of Plaintiff's Patents complies with the word limit imposed by Local Rule 7.1(c), as amended, with a total word count of 3,790 words, including headings, footnotes, and quotations.

I further certify that the accompanying document was created in Microsoft® Word, version 9.0, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

Dated: June 13, 2007

s/Allen Hinderaker
Allen W. Hinderaker #45287
Tong Wu #0288974
Joshua P. Graham, MN Reg. #0386716
Merchant & Gould LLC
80 South 8th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 332-5300

Attorneys for Defendant HYSITRON
INCORPORATED