IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, | Civil Action No. 07 CV 1533 ADM/AJB |
| Plaintiff, | |
| v. | |
| MTS SYSTEMS CORPORATION, a Minnesota corporation, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2007, I caused the following documents:

1. Memorandum in Opposition to Defendant's Motion to Stay Litigation Pending Reexamination of Plaintiff's Patents **(FILED UNDER SEAL)**;
2. Declaration of Allen Hinderaker in Opposition to Motion to Stay;
3. Declaration of Thomas Wyrobek in Opposition to Motion to Stay (**FILED UNDER SEAL**);
4. Local Rule 7.1(c) Certification; and
5. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Ehrich L. Koch, Esq. (ehrich@lommen.com)
Phillip A. Cole, Esq. (phil@lommen.com)

I further certify that on June 8, 2007, I caused to be served via email and hand delivery copies of the documents noted above as filed under seal pursuant to the Protective ORder dated May 25, 2007 on the following:

Ehrich L. Koch, Esq. (ehrich@lommen.com)
Phillip A. Cole, Esq. (phil@lommen.com)
Lommen, Abdo, Cole, King & Stage Berg
2000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Dated June 13, 2007                         s/Allen Hinderaker
                                            Allen Hinderaker