# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Hysitron Incorporated,
    Plaintiff,
v.

MTS Systems Corporation,
    Defendant.

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 07cv1533 |
| Date: | June 20, 2007 |
| Court Reporter: | Kimberly Evavold |
| Tape Number: | 69 (Courtroom 5 STP) |
| Time Commenced: | 9:05 a.m. |
| Time Concluded: | 9:15 a.m. |
| Time in Court: | 10 Minutes |

APPEARANCES:

For Plaintiff:  Allen Hinderaker, Tom Wu
For Defendant: Erich Koch

Interpreter / Language: na / na

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**  9 **COURT**  9 **PLAINTIFF**  9 **DEFENDANT**

Hearing on Defendant's Motion to Stay [Docket No. 16].

Motions taken under advisement as of: June 20, 2007

: ORDER TO BE ISSUED  9 NO ORDER TO BE ISSUED  9 R&R TO BE ISSUED  9 NO R&R TO BE ISSUED

9 Exhibits retained by the Court  9 Exhibits returned to counsel

                  s/Brendan J. Dolan
                  Signature of Law Clerk