# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

HYSITRON INCORPORATED,
a Minnesota corporation

                Plaintiff,

vs.

MTS SYSTEMS CORPORATION,
a Minnesota corporation

                Defendant.

**Court File No.: 07-1533 ADM/AJB**

**NOTICE OF SUBSTITUTION OF COUNSEL**

TO:   Plaintiff Hysitron Incorporated, and its attorneys of record Allen W. Hinderaker, Tong Wu, and Todd S. Werner, Merchant & Gould, P.C., 3200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-4131:

**PLEASE TAKE NOTICE** that Ehrich L. Koch and the law firm of Lommen Abdo Cole King & Stageberg, P.A., 2000 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402 have withdrawn as counsel for Defendant MTS Systems Corporation in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE,** that David P. Pearson, Matthew D. Spohn and the law firm of Winthrop & Weinstine, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, MN, 55402 are hereby substituted as counsel, and henceforth will represent Defendant MTS Systems Corporation in this matter.

Dated: July 23, 2007                 **WINTHROP & WEINSTINE, P.A.**

                                            By: s/David P. Pearson
                                                David P. Pearson (#084712)
                                                Matthew D. Spohn (#313567)

                                          Suite 3500
                                          225 South Sixth Street
                                          Minneapolis, Minnesota 55402

Telephone: (612) 604-6400
Facsimile: (612) 604-6800
dpearson@winthrop.com

| | |
|---|---|
| Dated: July 23, 2007 | **LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A.** |

By: s/Ehrich L. Koch
      Ehrich L. Koch (#0159670)

2000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 336-9306
Facsimile: (612) 339-8064
ehrich@lommen.com

3325282v1