IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED, <br> a Minnesota corporation, <br><br> Plaintiff, <br><br> v. <br><br> MTS SYSTEMS CORPORATION, <br> a Minnesota corporation, <br><br> Defendant. | Civil Action No. 0:07-CV-01533-ADM/AJB <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on October 15, 2007, I caused the following document:

    1.    Joint Claim Construction Statement

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e- notice of the electronic filing to the following:

    David P. Pearson, Esq. (dpearson@winthrop.com)
    Matthew D. Spohn, Esq. (mspohn@winthrop.com)

I further certify that I caused to be hand delivered a copy of the Joint Claim Construction Statement addressed to:

    Not Applicable.


Dated: October 15, 2007        MERCHANT & GOULD P.C.


                                            By: s/Todd S. Werner
                                               Todd S. Werner, #033019X