UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>MTS SYSTEMS CORPORATION,<br>a Minnesota corporation,<br><br>　　　　　　　　　Defendant. | Civil No. 07-cv-01533 (ADM/AJB)<br><br>**MTS'S MOTION *IN LIMINE* TO EXCLUDE PLAINTIFF'S EXPERT WITNESS FROM *MARKMAN* PROCEEDING** |

　　　　Defendant MTS Systems Corporation ("MTS") respectfully moves the Court to exclude Plaintiff Hysitron Incorporated's ("Hysitron") expert witness from the *Markman* claim construction proceeding in this matter.

　　　　MTS's motion is based upon its memorandum of law and supporting papers filed herewith, arguments of counsel, and all of the files, records and proceedings herein.

Dated:  October 24, 2007　　　　　　　　WINTHROP & WEINSTINE, P.A.


　　　　　　　　　　　　　　　　　　　　By:　___s/Matthew D. Spohn_____
　　　　　　　　　　　　　　　　　　　　　　　David P. Pearson, #84712
　　　　　　　　　　　　　　　　　　　　　　　Matthew D. Spohn, #313567
　　　　　　　　　　　　　　　　　　　　　　　Kyle J. Kaiser, #0345106
　　　　　　　　　　　　　　　　　　　　　　　Brent A. Lorentz, #386865
　　　　　　　　　　　　　　　　　　　Suite 3500
　　　　　　　　　　　　　　　　　　　225 South Sixth Street
　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　　　　Tel:  (612) 604-6400
　　　　　　　　　　　　　　　　　　　Fax:  (612) 604-6800

　　　　　　　　　　　　　　　　　　　*Attorneys for MTS Systems Corporation*

3454866v2