UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, <br><br> Plaintiff, <br> v. <br><br> MTS SYSTEMS CORPORATION, a Minnesota corporation, <br><br> Defendant. | Civil No. 07-cv-01533 (ADM/AJB) <br><br><br><br> **MTS'S NOTICE OF MOTION *IN LIMINE* TO EXCLUDE PLAINTIFF'S EXPERT WITNESS FROM *MARKMAN* PROCEEDING** |

PLEASE TAKE NOTICE that at a date and time to be determined, before the Honorable Judge Ann D. Montgomery, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55402, Defendant MTS Systems Corporation ("MTS") will move the Court to exclude Plaintiff Hysitron Incorporated's ("Hysitron") expert witness from the *Markman* claim construction proceeding in this matter.

MTS's motion is based upon its memorandum of law and supporting papers filed herewith, arguments of counsel, and all of the files, records and proceedings herein.

Dated: October 24, 2007         WINTHROP & WEINSTINE, P.A.


                                By:    s/Matthew D. Spohn
                                       David P. Pearson, #84712
                                       Matthew D. Spohn, #313567
                                       Kyle J. Kaiser, #0345106
                                       Brent A. Lorentz, #386865
                                Suite 3500
                                225 South Sixth Street
                                Minneapolis, Minnesota 55402
                                Tel:  (612) 604-6400
                                Fax:  (612) 604-6800

                                *Attorneys for MTS Systems Corporation*

3454873v2