UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation, | ) ) ) | Civil No. 07-cv-01533 (ADM/AJB) |
| Plaintiff, | ) ) | |
| v. | ) ) | **DECLARATION OF MATTHEW SPOHN IN SUPPORT OF** |
| MTS SYSTEMS CORPORATION,<br>a Minnesota corporation, | ) ) ) | **MOTION *IN LIMINE* TO EXCLUDE PLAINTIFF'S** |
| Defendant. | ) ) ) | **EXPERT WITNESS FROM *MARKMAN* PROCEEDING** |
| | ) | |

I, Matthew D. Spohn, do state and declare under penalty of perjury:

1.     I am an attorney with the law firm of Winthrop & Weinstine, P.A., attorneys for Defendant MTS Systems Corporation ("MTS") in this matter. I make this declaration upon personal knowledge.

2.     I spoke with counsel for Hysitron regarding our proposed claim constructions on September 17, 2007.  A true and correct copy of MTS's preliminary proposed construction of disputed claim terms, phrases and clauses, dated September 17, 2007, is attached hereto as *Exhibit A.*

3.     A true and correct copy of Plaintiff Hysitron Incorporated's ("Hysitron") preliminary proposed construction of disputed claim terms, phrases and clauses, dated September 17, 2007, is attached hereto as *Exhibit B.*

4.     A true and correct copy of Hysitron's draft Joint Claim Construction Statement, as well as an introductory correspondence from Hysitron's counsel dated October 11, 2007, is attached hereto as *Exhibit C.*

5.      A true and correct copy of an email correspondence I sent to Hysitron's counsel, Todd S. Werner, dated October 12, 2007, is attached hereto as ***Exhibit D.***

6.      A true and correct copy of an email correspondence I received from Mr. Werner, dated October 15, 2007, is attached hereto as ***Exhibit E.***  Before this October 15, 2007 correspondence, Hysitron had never before indicated its intention to call any witnesses, and had never previously mentioned or identified a "Dr. Colton."

7.      A true and correct copy of an email correspondence I sent to Mr. Werner, dated October 15, 2007, is attached hereto as ***Exhibit F.***

8.      A true and correct copy of an email correspondence I received from Mr. Werner, dated October 15, 2007, in which Hysitron refused to reconsider its position regarding its late disclosure of its expert witness, is attached hereto as ***Exhibit G.***

9.      A true and correct copy of a letter correspondence Hysitron sent to the Honorable Michael J. Davis in the companion case of *MTS v. Hysitron*, Court File No. 06-CV-3853 (MJD/AJB) dated September 28, 2007, is attached hereto as ***Exhibit H.***


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 24, 2007, in Minneapolis, Minnesota.


By:___s/Matthew D. Spohn_____
Matthew D. Spohn

3457069v1