IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
**CERTIFICATE OF SERVICE**

Re: HYSITRON INCORPORATED v. MTS SYSTEMS CORPORATION
Civil File No: 07-1533 ADM/AJB

I hereby certify that on October 24, 2007, I caused the following document(s):

1. MTS' Notice of Motion *In Limine* to Exclude Plaintiff's Expert Witness from *Markman* Proceeding;
2. MTS' Motion *In Limine* to Exclude Plaintiff's Expert Witness from *Markman* Proceeding;
3. Memorandum of Law in Support of Defendant's Motion *In Limine* to Exclude Plaintiff's Expert Witness from *Markman* Proceeding; and
4. Declaration of Matthew D. Spohn

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Allen W. Hinderaker**
ahinderaker@merchant-gould.com

**David P Pearson**
dpearson@winthrop.com
bkogler@winthrop.com

**Ehrich L. Koch**
ehrich@lommen.com

**Matthew D Spohn**
mspohn@winthrop.com
emulvaney@winthrop.com

**Tong Wu**
twu@merchant-gould.com

**Todd S. Werner**
twerner@merchant-gould.com

I further certify that I caused the proposed order(s) to be filed with the Court via e-mail to the following judge and the following counsel of record:

The Honorable Ann D. Montgomery      montgomery_chambers@mnd.uscourts.gov

**Allen W. Hinderaker**
ahinderaker@merchant-gould.com

**David P Pearson**
dpearson@winthrop.com
bkogler@winthrop.com

| | |
|---|---|
| **Ehrich L. Koch**<br>ehrich@lommen.com | **Matthew D Spohn**<br>mspohn@winthrop.com<br>emulvaney@winthrop.com |
| **Tong Wu**<br>twu@merchant-gould.com | **Todd S. Werner**<br>twerner@merchant-gould.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    Not Applicable.


Dated:  October 24, 2007          WINTHROP & WEINSTINE, P.A.


                                         By:  <u>s/Matthew D. Spohn</u>
                                         David P. Pearson, #84712
                                         Matthew D. Spohn, #313567
                                         Suite 3500
                                         225 South Sixth Street
                                         Minneapolis, Minnesota 55402
                                         Tel:  (612) 604-6400
                                         Fax: (612) 604-6800
                                         dpearson@winthrop.com
                                         mspohn@winthrop.com

                                         *Attorneys for MTS Systems Corporation*

3461650v1