UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation,<br><br>                     Plaintiff,<br>v.<br><br>MTS SYSTEMS CORPORATION,<br>a Minnesota corporation,<br><br>                     Defendant. | Civil No. 07-cv-01533 (ADM/AJB)<br><br>**MTS'S MOTION TO COMPEL<br>DISCOVERY RESPONSES<br>FROM HYSITRON** |

Defendant MTS Systems Corporation ("MTS") respectfully moves the Court to compel discovery responses from Plaintiff Hysitron Incorporated ("Hysitron").

MTS's motion is based upon its memorandum of law and supporting papers filed herewith, arguments of counsel, and all of the files, records and proceedings herein.

Dated: October 31, 2007                    WINTHROP & WEINSTINE, P.A.

                                                          By:   __s/ Matthew D. Spohn_____
                                                             David P. Pearson, #84712
                                                             Matthew D. Spohn, #313567
                                                              Kyle J. Kaiser, #0345106
                                                             Brent A. Lorentz, #386865
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Tel:  (612) 604-6400
Fax: (612) 604-6800

*Attorneys for MTS Systems Corporation*

3454866v1