UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation,<br><br>Plaintiff,<br>v.<br><br>MTS SYSTEMS CORPORATION,<br>a Minnesota corporation,<br><br>Defendant. | Civil No. 07-cv-01533 (ADM/AJB)<br><br><br><br>**MTS'S NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES FROM HYSITRON** |

PLEASE TAKE NOTICE that on Thursday, November 15, 2007 at 2:30 p.m. before the Honorable Magistrate Judge Arthur J. Boylan in Courtroom 5, United States Courthouse, 180 East Fifth Street, Saint Paul, Minnesota, Defendant MTS Systems Corporation ("MTS") will move the Court to compel the Court to compel discovery responses from Plaintiff Hysitron Incorporated ("Hysitron").

MTS's motion is based upon its memorandum of law and supporting papers filed herewith, arguments of counsel, and all of the files, records and proceedings herein.

Dated: October 31, 2007　　　　　　　　　　WINTHROP & WEINSTINE, P.A.

　　　　　　　　　　　　　　　　　　　　　By:　　s/ Matthew D. Spohn
　　　　　　　　　　　　　　　　　　　　　　　　David P. Pearson, #84712
　　　　　　　　　　　　　　　　　　　　　　　　Matthew D. Spohn, #313567
　　　　　　　　　　　　　　　　　　　　　　　　Kyle J. Kaiser, #0345106
　　　　　　　　　　　　　　　　　　　　　　　　Brent A. Lorentz, #386865
　　　　　　　　　　　　　　　　　　　　Suite 3500
　　　　　　　　　　　　　　　　　　　　225 South Sixth Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　　　　　Tel:　(612) 604-6400
　　　　　　　　　　　　　　　　　　　　Fax:　(612) 604-6800

　　　　　　　　　　　　　　　　　　　　*Attorneys for MTS Systems Corporation*

3454873v1