IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
**CERTIFICATE OF SERVICE**

Re:   HYSITRON INCORPORATED v. MTS SYSTEMS CORPORATION
         Civil File No: 07-1533 ADM/AJB

I hereby certify that on October 31, 2007, I caused the following document(s):

1. MTS' Motion to Compel Discovery Responses from Hysitron;
2. MTS' Notice of Motion to Compel Discovery Responses from Hysitron;
3. MTS' Memorandum of Law in Support of Motion to Compel Discovery Responses from Hysitron with attached Certificate of Compliance; and
4. Declaration of Matthew D. Spohn

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| **Allen W. Hinderaker** <br> ahinderaker@merchant-gould.com | **David P Pearson** <br> dpearson@winthrop.com <br> bkogler@winthrop.com |
| **Ehrich L. Koch** <br> ehrich@lommen.com | **Matthew D Spohn** <br> mspohn@winthrop.com <br> emulvaney@winthrop.com |
| **Tong Wu** <br> twu@merchant-gould.com | **Todd S. Werner** <br> twerner@merchant-gould.com |

I further certify that I caused the proposed order(s) to be filed with the Court via e-mail to the following judge and the following counsel of record:

The Honorable Arthur J. Boylan         boylan_chambers@mnd.uscourts.gov

| | |
|---|---|
| **Allen W. Hinderaker** <br> ahinderaker@merchant-gould.com | **David P Pearson** <br> dpearson@winthrop.com <br> bkogler@winthrop.com |
| **Ehrich L. Koch** <br> ehrich@lommen.com | **Matthew D Spohn** <br> mspohn@winthrop.com |

emulvaney@winthrop.com

**Tong Wu**  
twu@merchant-gould.com

**Todd S. Werner**  
twerner@merchant-gould.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    Not Applicable.

Dated:  October 31, 2007          WINTHROP & WEINSTINE, P.A.

                                        By:  s/Matthew D. Spohn  
                                        David P. Pearson, #84712  
                                        Matthew D. Spohn, #313567  
                                        Suite 3500  
                                        225 South Sixth Street  
                                        Minneapolis, Minnesota 55402  
                                        Tel:  (612) 604-6400  
                                        Fax:  (612) 604-6800  
                                        dpearson@winthrop.com  
                                        mspohn@winthrop.com  

                                        *Attorneys for MTS Systems Corporation*

3473672v1