IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED, <br> a Minnesota corporation, <br><br> Plaintiff, <br><br> v. <br><br> MTS SYSTEMS CORPORATION, <br> a Minnesota corporation, <br><br> Defendant. | Civil Action No. 0:07-CV-01533-ADM/AJB <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on November 7, 2007, I caused the following document:

1. Memorandum in Opposition to Defendant's Motion *In Limine* to Exclude Plaintiff's Expert Witness from Markman Proceeding;
2. Declaration of Todd S. Werner in Support of Memorandum in Opposition to Defendant's Motion *In Limine* to Exclude Plaintiff's Expert Witness from Markman Proceeding with Exhibits;
3. LR 7.1(c) Certificate of Compliance; and
4. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e- notice of the electronic filing to the following:

    David P. Pearson, Esq. (dpearson@winthrop.com)
    Matthew D. Spohn, Esq. (mspohn@winthrop.com)


Dated:  November 7, 2007        MERCHANT & GOULD P.C.


                                           By: s/Allen W. Hinderaker
                                               Allen W. Hinderaker