UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>MTS SYSTEMS CORPORATION,<br>a Minnesota corporation,<br><br>　　　　　　　　　Defendant. | Civil No. 07-cv-01533 (ADM/AJB)<br><br>**MTS'S SECOND AMENDED<br>NOTICE OF MOTION TO<br>COMPEL DISCOVERY<br>RESPONSES FROM HYSITRON** |

PLEASE TAKE NOTICE that on Monday, December 10, 2007 at 1:30 p.m. before the Honorable Magistrate Judge Arthur J. Boylan in Courtroom 5, United States Courthouse, 180 East Fifth Street, Saint Paul, Minnesota, Defendant MTS Systems Corporation ("MTS") will move the Court to compel the Court to compel discovery responses from Plaintiff Hysitron Incorporated ("Hysitron").

MTS's motion is based upon its memorandum of law and supporting papers filed herewith, arguments of counsel, and all of the files, records and proceedings herein.

Dated: November 14, 2007    WINTHROP & WEINSTINE, P.A.

By:  /s/ Matthew D. Spohn
David P. Pearson, #84712
Matthew D. Spohn, #313567
Kyle J. Kaiser, #0345106
Brent A. Lorentz, #386865

Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Tel:  (612) 604-6400
Fax:  (612) 604-6800

*Attorneys for MTS Systems Corporation*

3454873v4