UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation,<br><br>         Plaintiff,<br>v.<br><br>MTS SYSTEMS CORPORATION,<br>a Minnesota corporation,<br><br>         Defendant. | Civil No. 07-cv-01533 (ADM/AJB)<br><br>**MTS'S THIRD AMENDED NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES FROM HYSITRON** |

PLEASE TAKE NOTICE that on Monday, December 10, 2007 at 9:30 a.m. before the Honorable Magistrate Judge Arthur J. Boylan in Courtroom 5, United States Courthouse, 180 East Fifth Street, Saint Paul, Minnesota, Defendant MTS Systems Corporation ("MTS") will move the Court to compel the Court to compel discovery responses from Plaintiff Hysitron Incorporated ("Hysitron").

MTS's motion is based upon its memorandum of law and supporting papers filed herewith, arguments of counsel, and all of the files, records and proceedings herein.

Dated: November 28, 2007          WINTHROP & WEINSTINE, P.A.


                                  By:    s/ Matthew D. Spohn
                                        David P. Pearson, #84712
                                        Matthew D. Spohn, #313567
                                        Kyle J. Kaiser, #0345106
                                        Brent A. Lorentz, #386865

                                  Suite 3500
                                  225 South Sixth Street
                                  Minneapolis, Minnesota 55402
                                  Tel: (612) 604-6400
                                  Fax: (612) 604-6800

                                  *Attorneys for MTS Systems Corporation*

3514803v1