# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Hysitron Incorporated,

                    Plaintiff,

v.

MTS Systems Corporation,

                    Defendant.

**COURT MINUTES**

BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 07-1533 (ADM/AJB) |
| Date: | December 10, 2007 |
| Court Reporter: | |
| Tape Number: | 85 (Ctrm. 5)(STP) |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 10:05 a.m. |
| Time in Court: | 35 Minutes |

APPEARANCES:

For Plaintiff:        Todd Werner
For Defendant: David Pearson

Interpreter / Language:  na / na

        IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**            **: COURT        9 PLAINTIFF        9 DEFENDANT**

Hearing on Defendant's Motion to Compel Discovery Responses from Hysitron [Docket No. 52].

Motions taken under advisement as of:    December 10, 2007

**:** ORDER TO BE ISSUED        **9** NO ORDER TO BE ISSUED        **9** R&R TO BE ISSUED        **9** NO R&R TO BE ISSUED

**9** Exhibits retained by the Court        **9** Exhibits returned to counsel

                                        s/Brendan J. Dolan
                                        Signature of Law Clerk

Dockets.Justia.com