UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HYSITRON INCORPORATED, Civil No. 07-1533 ADM/AJB

 Plaintiff,

v. NOTICE OF
 STATUS/ SETTLEMENT CONFERENCE
MTS SYSTEMS CORPORATION,

 Defendant.

 You are hereby given notice that a status conference regarding disputed claim terms and settlement conference will be held in the above captioned matter on January 25, 2008, at 9:00 a.m., in Room 720, 180 East Fifth Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

 Counsel who <u>will actually try the case</u> and <u>each party</u>, <u>armed with full settlement discretion</u>, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

 Each attorney shall submit to the undersigned at least one week before the date of the settlement conference a confidential letter setting forth the parties' respective settlement positions.

**This letter shall be submitted to the undersigned by e-mail to the following address: boylan_chambers@mnd.uscourts.gov.**

Dated: December 18, 2007

                                                                s/ Arthur J. Boylan
                                                  Arthur J. Boylan
                                                  United States Magistrate Judge