IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, | Civil Action No. 07 CV 1533 ADM/AJB |
| Plaintiff, | |
| v. | |
| MTS SYSTEMS CORPORATION, a Minnesota corporation, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL

Please be advised that Todd S. Werner is no longer affiliated with the law firm of Merchant & Gould P.C., and is neither representing the Plaintiff nor Defendant in regards to Civil Action No. 07-CV-1533.

January 15, 2008

*s/Allen W. Hinderaker*
Allen W. Hinderaker #45287
Tong Wu #0288974
MERCHANT & GOULD P.C.
80 South Eighth Street, #3200
Minneapolis, MN 55402-4131
Telephone No.: 612.332.5300
Facsimile No.: 612.332.9081

**ATTORNEYS FOR DEFENDANT
HYSITRON INCORPORATED**