# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Hysitron Incorporated, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Arthur J. Boylan | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 07-1533 ADM/AJB |
| | ) | Date: | 1/25/08 |
| MTS Systems Corporation, | ) | Court Reporter: | |
| | ) | Time Commenced: | 9:00 a.m. |
| Defendant. | ) | Time Concluded: | 6:00 p.m. |
| | ) | Time in Court: | 9 Hours |

Hearing on: **Settlement Conference**

APPEARANCES:

    Plaintiff:    Allen Hinderaker
    Defendant:    Steve Koehler, Daniel Kelly, David Pearson

PROCEEDINGS:

- ☐ Evidence by  ☐ Plaintiff  ☐ Defendant  ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- √ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

 

                                                                                           s/KAT
                                                                     Judicial Assistant

dockets.Justia.com