**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HYSITRON INCORPORATED,
a Minnesota corporation                    Civil No. 07-cv-01533 (ADM/AJB)

                Plaintiff,

vs.

MTS SYSTEMS CORPORATION,
a Minnesota corporation

                Defendant.

**JOINT MOTION TO AMEND THE COURT'S**
**AMENDED PRETRIAL SCHEDULING ORDER**

Pursuant to Local Rule 16.3, Defendant MTS Systems Corporation and Plaintiff Hysitron Incorporated, by and through their respective undersigned counsel of record, hereby jointly move the Court to amend the Amended Pretrial Scheduling Order in this case and adopt the Second Amended Pretrial Scheduling Order attached hereto as Exhibit A.

| | |
|---|---|
| Dated: February 6, 2008 | Dated: February 6, 2008 |
| WINTHROP & WEINSTINE, P.A. | MERCHANT & GOULD, P.C. |
| s/David P. Pearson | s/Allen W. Hinderaker |
| David P. Pearson, #84712 | Allen W. Hinderaker, #45287 |
| Brent A. Lorentz, #386865 | Tong Wu, #288974 |
| 225 South Sixth Street, Suite 3500 | 80 South Eighth Street, Suite 3200 |
| Minneapolis, MN 55402 | Minneapolis, MN 55402 |
| Tel: (612) 604-6400 | Tel: (612) 332-5300 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| MTS Systems Corporation | Hysitron Incorporated |

3636091v1