# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED, <br> a Minnesota corporation, <br><br> Plaintiff, <br> v. <br><br> MTS SYSTEMS CORPORATION, <br> a Minnesota corporation, <br><br> Defendant. | **Civil No. 07-cv-01533 (ADM/AJB)** <br><br><br> **NOTICE OF APPEARANCE** |

Please take notice that the undersigned, Daniel J. Kelly, is duly admitted to practice before this court and herein provides notice of appearance in the above captioned case as counsel for Defendant MTS Systems Corporation.

Dated: February 12, 2008

WINTHROP & WEINSTINE, P.A.

By: s/Daniel J. Kelly
       Daniel J. Kelly, #0351386

Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402-4629
Tel:   (612) 604-6400
Fax:   (612) 604-6800

3649343v1