IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, <br> a Minnesota corporation, <br><br> Plaintiff, <br><br> v. <br><br> MTS SYSTEMS CORPORATION, <br> a Minnesota corporation, <br><br> Defendant. | Civil Action No. 07 CV 1533 ADM/AJB |

## **NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that Joshua P. Graham shall appear as counsel of record for Plaintiff Hysitron Incorporated in the above-captioned case.

Dated: February 26, 2008

s/Joshua P. Graham
Allen W. Hinderaker (#45287)
Joshua P. Graham (#386716)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 332-5300
Fax: (612) 332-9081