# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation, | Civil No. 07-1533 ADM/AJB |
| Plaintiff, | |
| v. | |
| MTS SYSTEMS CORPORATION,<br>a Minnesota corporation, | |
| Defendant. | |

## JOINT ERRATA TO SECOND AMENDED PRETRIAL SCHEDULING ORDER

Pursuant to Local Rule 16.3, Defendant MTS Systems Corporation and Plaintiff Hysitron Incorporated, by and through their respective undersigned counsel of record, hereby jointly move the Court to correct a typographical error in the Second Amended Pretrial Scheduling Order, and enter the Corrected Second Amended Pretrial Scheduling Order attached hereto as Exhibit A.

The Second Amended Pretrial Scheduling Order extended numerous deadlines. Inadvertently, the deadline for non-dispositive motions (which corresponded with the expert discovery deadline) was set for February 1, 2008, rather than 2009. This typographical error shortened the deadline by 7 months, rather than extending it by 5 months as intended. This error was unintentional and the parties agree that it should be corrected. Accordingly, the parties ask the Court to enter the Corrected Second Amended Pretrial Scheduling Order, attached as Exhibit A.

| | |
|---|---|
| Dated: March 28, 2008 | Dated: March 28, 2008 |
| WINTHROP & WEINSTINE, P.A. | MERCHANT & GOULD, P.C. |
| s/David P. Pearson<br>David P. Pearson, #84712<br>Brent A. Lorentz, #386865 | s/Brian N. Platt<br>Allen W. Hinderaker, #45287<br>Tong Wu, #288974<br>Brian Platt, *pro hac vice* |
| 225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402<br>Tel: (612) 604-6400 | 80 South Eighth Street, Suite 3200<br>Minneapolis, MN 55402<br>Tel: (612) 332-5300 |
| Attorneys for Defendant<br>MTS Systems Corporation | Attorneys for Plaintiff<br>Hysitron Incorporated |