IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, | Civil Action No. 07 CV 1533 ADM/AJB |
| Plaintiff, | |
| v. | |
| MTS SYSTEMS CORPORATION, a Minnesota corporation, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I caused the following document:

Joint Errata to Second Amended Pretrial Scheduling Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e- notice of the electronic filing to the following:

    Davis P. Pearson (dpearson@winthrop.com)
    Winthrop & Weinstine, P.A.
    225 South Sixth Street
    Minneapolis, MN 55402


Date: March 31, 2008                        By: s/Allen W. Hinderaker
                                                                                              Allen W. Hinderaker