IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, ADM/AJB a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MTS SYSTEMS CORPORATION, a Minnesota corporation,<br><br>Defendant. | Civil Action No. 07 CV 1533 |

## NOTICE OF MOTION TO COMPEL DOCUMENTS

PLEASE TAKE NOTICE that on April 15, 2008 at 10:00 a.m. before Magistrate Judge Arthur J. Boylan in Courtroom 4, United States Courthouse, 180 East Fifth Street, St. Paul, Minnesota, Plaintiff Hysitron Incorporated ("Hysitron") will move the Court to compel discovery responses from Defendant MTS Systems Corporation ("MTS").

Hysitron's motion is based upon its memorandum of law and supporting papers filed herewith, arguments of counsel, and all of the files, records and proceedings herein.

Dated: April 1, 2008

By: s/ Brian N. Platt
Allen W. Hinderaker #45287
Tong Wu #0288974
Brian N. Platt *pro hac vice*
MERCHANT & GOULD P.C.
80 South Eighth Street, #3200
Minneapolis, MN 55402-4131
Telephone No.: 612.332.5300
Facsimile No.: 612.332.9081

**ATTORNEYS FOR DEFENDANT
HYSITRON INCORPORATED**