IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, ADM/AJB a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MTS SYSTEMS CORPORATION, a Minnesota corporation,<br><br>Defendant. | Civil Action No. 07 CV 1533 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2008, I caused the following documents:

1. Notice of Motion to Compel;
2. Motion to Compel;
3. Memorandum in Support of Motion to Compel Documents;
4. Local Rule 7.1(c) Certification; and
5. Declaration of Brian Platt in Support of Motion to Compel Documents

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e- notice of the electronic filing to the following:

  Davis P. Pearson (dpearson@winthrop.com)
  Winthrop & Weinstine, P.A.
  225 South Sixth Street
  Minneapolis, MN 55402


I further certify that I caused the proper order to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Arthur J. Boylan: **boylan_chambers@mnd.uscourts.gov**

And I certify that I caused a copy of the proposed order to be sent via electronic mail to the above listed defendant.


Date: April 1, 2008                                   By:   s/Brian N. Platt
                                                      Brian N. Platt