Hysitron Incorporated v. MTS Systems Corporation                                                                           Doc. 87

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, | ) ) ) ) | Civil No. 07-cv-01533 (ADM/AJB) |
| Plaintiff, | ) ) | |
| v. | ) ) | **DEFENDANT'S MOTION FOR** |
| MTS SYSTEMS CORPORATION, a Minnesota corporation, | ) ) ) | **PARTIAL SUMMARY JUDGMENT** |
| Defendant. | ) ) ) | |

Defendant MTS Systems Corporation ("Defendant") respectfully moves the Court for Summary Judgment on Counts III, IV, V, VI, and VII of Plaintiff Hysitron Incorporated's Amended Complaint. Defendant's Motion is based on Rule 56 of the Federal Rules of Civil Procedure, the files, records, and pleadings in the case, the Memoranda of Law and supporting affidavits to be filed in the ordinary course, and the arguments of counsel in the case.

Dockets.Justia.com

Respectfully submitted,

Dated:  April 2, 2008                WINTHROP & WEINSTINE, P.A.

By: s/Kyle J. Kaiser
    David P. Pearson, #84712
    Daniel J. Kelly, #0351386
    Kyle J. Kaiser, #0345106
    Brent A. Lorentz, #386865

Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Tel:  (612) 604-6400
Fax:  (612) 604-6800

*Attorneys for Defendant MTS Systems Corporation*

3709563v1