UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation,<br><br>           Plaintiff,<br>v.<br><br>MTS SYSTEMS CORPORATION,<br>a Minnesota corporation,<br><br>           Defendant. | Civil No. 07-cv-01533 (ADM/AJB)<br><br>**DEFENDANT'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Thursday, May 29, 2008 at 1:30 p.m. before the Honorable District Court Judge Ann D. Montgomery in Courtroom 13W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, Defendant MTS Systems Corporation ("Defendant") will move the Court for Summary Judgment on Counts III, VI, V, VI, and VII of Plaintiff Hysitron Incorporated's Amended Complaint.

Defendant's Motion is based on Rule 56 of the Federal Rules of Civil Procedure, the files, records, and pleadings in the case, the Memoranda of Law and supporting affidavits to be filed in the ordinary course, and the arguments of counsel in the case.

| | |
|---|---|
| Dated: April 2, 2008 | WINTHROP & WEINSTINE, P.A. |
| | By: s/Kyle J. Kaiser |
| | David P. Pearson, #84712 |
| | Daniel J. Kelly, #0351386 |
| | Kyle J. Kaiser, #0345106 |
| | Brent A. Lorentz, #386865 |
| | Suite 3500 |
| | 225 South Sixth Street |
| | Minneapolis, Minnesota 55402 |
| | Tel: (612) 604-6400 |
| | Fax: (612) 604-6800 |
| | *Attorneys for Defendant MTS Systems Corporation* |

3725754v1