UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MTS SYSTEMS CORPORATION,<br>a Minnesota corporation<br><br>　　　　　　　　　　　　Defendant. | Case No.: 07-CV-1533 (ADM/AJB)<br><br>**NOTICE OF CONVENTIONAL FILING FOR AFFIDAVIT OF DAVID P. PEARSON IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH EXHIBITS** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**AFFIDAVIT OF DAVID P. PEARSON IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH EXHIBITS**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___　Voluminous Document*
　　　　(Document number of order granting leave to file conventionally:  )

___　Unable to Scan Documents
　　　　(e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___　Physical Object

___　Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_　Item Under Seal pursuant to a court order*
　　　　(Document number of protective order: 17 )

___　Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
　　　　(Document number of redacted version:  )

___　Other (description):

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

3761902v1