UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation<br><br>Plaintiff,<br><br>vs.<br><br>MTS SYSTEMS CORPORATION,<br>a Minnesota corporation<br><br>Defendant. | Case No.: 07-CV-1533 (ADM/AJB)<br><br>**NOTICE OF CONVENTIONAL FILING FOR DECLARATION OF MARGARET JOHNS IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH EXHIBITS** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**DECLARATION OF MARGARET JOHNS IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH EXHIBITS**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_   Voluminous Document*
         (Document number of order granting leave to file conventionally:  )

\_\_\_   Unable to Scan Documents
         (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_   Physical Object

\_\_\_   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_    Item Under Seal pursuant to a court order*
         (Document number of protective order: 17 )

\_\_\_   Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
         (Document number of redacted version:  )

\_\_\_   Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

3761906v1

Dockets.Justia.com