UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, <br><br> Plaintiff, <br><br> v. <br><br> MTS SYSTEMS CORPORATION, a Minnesota corporation, <br><br> Defendant. | Civil No. 07-cv-01533 (ADM/AJB) <br><br><br> **AFFIDAVIT OF WILLIAM A. MCNAB IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

William A. McNab, being first duly sworn on oath, states as follows:

1.  I am a shareholder in the law firm of Winthrop & Weinstine and represent Defendant MTS Systems Corporation ("MTS") in the above-captioned matter.

2.  Attached hereto as Exhibit 1 is a true and correct copy of an unreported decision in *Edina Realty, Inc. v. TheMLSOnline.com*, 2006 WL 737064 (D. Minn. Mar. 20, 2006).

3.  Attached hereto as Exhibit 2 is a true and correct copy of an unreported decision in *Gov't Employees Ins. Co. v. Google, Inc.*, 2005 WL 1903128 (E.D. Va. Aug. 8, 2005).

4.  Attached hereto as Exhibit 3 is a true and correct copy of an unreported decision in *Hamzik v. Zale Corp.*, 2007 WL 1174863 (N.D.N.Y. Apr. 19, 2007).

5.  Attached hereto as Exhibit 4 is a true and correct copy of an unreported decision in *Lorillard Tobacco Co. v. Engida*, 2007 WL 39207 (10th Cir. Jan. 8, 2007).

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of an unreported decision in *MyGym, LLC v. Engle*, 2006 WL 3524474 (D. Utah Dec. 6, 2006).

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of an unreported decision in Nautilus Group, Inc. v. Icon Health & Fitness, Inc., 2006 WL 3761367 (W.D. Wash. Dec. 21, 2006).

FURTHER AFFIANT SAYETH NAUGHT.

Dated: April 14, 2008
s/William A. McNab
William A. McNab

Subscribed and sworn to before me
this 14th day of April, 2008.

s/Barbara J. Kogler
Barbara J. Kogler
Notary Public—Minnesota
My Commission Expires: January 31, 2011
3761969v1