IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
**CERTIFICATE OF SERVICE**

Re:   HYSITRON INCORPORATED v. MTS SYSTEMS CORPORATION
       Civil File No: 07-1533 ADM/AJB

I hereby certify that on March 27, 2008, I caused the following documents:

1. Memorandum of Law in Support of Defendant's Motion for Partial Summary Judgment;
2. L.R. 7.1 (c) Word Count Compliance Certificate;
3. Affidavit of David P. Pearson in Support of Defendant's Motion for Partial Summary Judgment with Exhibits **[FILED UNDER SEAL]**; and
4. Declaration of Margaret Johns in Support of Defendant's Motion for Partial Summary Judgment with Exhibits **[FILED UNDER SEAL]**; and
5. Affidavit of William A. McNab with Exhibits.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Allen W. Hinderaker**
ahinderaker@merchantgould.com
kdrieman@merchantgould.com

**Brian N. Platt**
bplatt@merchantgould.com

**Joshua P. Graham**
jgraham@merchantgould.com
cnystrom@merchantgould.com

**Tong Wu**
twu@merchantgould.com

**William D. Schultz**
wschultz@merchantgould.com
aries@merchantgould.com

**David P Pearson**
dpearson@winthrop.com
bkogler@winthrop.com

**Brent A. Lorentz**
blorentz@winthrop.com
ddumond@winthrop.com

**Daniel J. Kelly**
dkelly@winthrop.com

**Kyle J. Kaiser**
kkaiser@winthrop.com
bkogler@winthrop.com

I further certify that I caused the proposed order(s) to be filed with the Court via e-mail to the following judge and the following counsel of record:

The Honorable Ann D. Montgomery
montgomery_chambers@mnd.uscourts.gov

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    Not Applicable.


Dated: April 14, 2008                    WINTHROP & WEINSTINE, P.A.


                                          By:  s/ David P. Pearson
                                               David P. Pearson, #84712
                                               Daniel J. Kelly, #0351386
                                               Kyle J. Kaiser, #0345106
                                               Brent A. Lorentz, #386865

                                          Suite 3500
                                          225 South Sixth Street
                                          Minneapolis, Minnesota 55402
                                          Tel: (612) 604-6400
                                          Fax: (612) 604-6800
                                          dpearson@winthrop.com
                                          dkelly@winthrop.com
                                          kkaiser@winthrop.com
                                          blorentz@winthrop.com

                                          *Attorneys for MTS Systems Corporation*

3726045v1