UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation, | )<br>)<br>) | Civil No. 07-cv-01533 (ADM/AJB) |
| Plaintiff, | )<br>)<br>) |  |
| v. | ) |  |
| MTS SYSTEMS CORPORATION,<br>a Minnesota corporation, | )<br>)<br>)<br>) | **DEFENDANT'S MOTION FOR**<br>**PROTECTIVE ORDER, OR IN THE**<br>**ALTERNATIVE, FOR STAY OF**<br>**DISCOVERY** |
| Defendant. | )<br>) |  |

Defendant MTS Systems Corporation ("MTS") respectfully moves the Court for a Protective Order concerning Plaintiff Hysitron Incorporated's Second Set of Discovery Requests Nos. 5, 9, 13, 16-17, and 22-42, or in the alternative, an Order staying discovery with respect to these requests pending resolution of MTS's Motion for Partial Summary Judgment. Defendant's Motion is based on the Federal Rules of Civil Procedure, the files, records, and pleadings in the case, the Memoranda of Law and supporting affidavits to be filed in the ordinary course, and the arguments of counsel in the case.

Respectfully submitted,

Dated: April 17, 2008　　　　　　　　WINTHROP & WEINSTINE, P.A.

By: s/ David P. Pearson
　　David P. Pearson, #84712
　　Daniel J. Kelly, #0351386
　　Kyle J. Kaiser, #0345106
　　Brent A. Lorentz, #386865

Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800

*Attorneys for Defendant MTS Systems Corporation*

3768462v1