# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation, | ) | Civil No. 07-cv-01533 (ADM/AJB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **DEFENDANT'S NOTICE OF** |
| MTS SYSTEMS CORPORATION,<br>a Minnesota corporation, | ) | **MOTION FOR PROTECTIVE** |
| | ) | **ORDER, OR IN THE** |
| | ) | **ALTERNATIVE, FOR STAY OF** |
| Defendant. | ) | **DISCOVERY** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 1, 2008 at 10:00 a.m. before the Honorable Magistrate Judge Arthur J. Boylan in Courtroom 8E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, Defendant MTS Systems Corporation ("MTS") will move the Court for a Protective Order concerning Plaintiff Hysitron Incorporated's Second Set of Discovery Requests Nos. 5, 9, 13, 16-17, and 22-42, or in the alternative, an Order staying discovery with respect to these requests pending resolution of MTS's motion for partial summary judgment.

Defendant's Motion is based on the Federal Rules of Civil Procedure, the files, records, and pleadings in the case, the Memoranda of Law and supporting affidavits to be filed in the ordinary course, and the arguments of counsel in the case.

Dated:  April 17, 2008                    WINTHROP & WEINSTINE, P.A.

                                          By:  s/David P. Pearson
                                               David P. Pearson, #84712
                                               Daniel J. Kelly, #0351386
                                               Kyle J. Kaiser, #0345106
                                               Brent A. Lorentz, #386865

                                          Suite 3500
                                          225 South Sixth Street
                                          Minneapolis, Minnesota 55402
                                          Tel:  (612) 604-6400
                                          Fax:  (612) 604-6800

                                          *Attorneys for Defendant MTS Systems Corporation*

3768416v1