UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, <br> a Minnesota corporation, <br><br> Plaintiff, <br><br> v. <br><br> MTS SYSTEMS CORPORATION, <br> a Minnesota corporation, <br><br> Defendant. | Civil No. 07-cv-01533 (ADM/AJB) <br><br><br> **AFFIDAVIT OF** <br> **BRENT A. LORENTZ IN** <br> **OPPOSITION OF PLAINTIFF'S** <br> **MOTION TO COMPEL** |

Brent A. Lorentz, being first duly sworn on oath, states as follows:

1. I am an attorney at the law firm of Winthrop & Weinstine and represent Defendant MTS Systems Corporation ("MTS") in the above-captioned matter.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Defendant MTS Systems Corporation's Responses to Plaintiff's First Set of Requests For Production of Documents and Things.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: April 17, 2008         s/Brent A. Lorentz
                              Brent A. Lorentz

Subscribed and sworn to before me
this 17th day of April, 2008.

s/Barbara J. Kogler
Barbara J. Kogler
Notary Public—Minnesota
My Commission Expires: January 31, 2011
3768546v1