UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, <br><br> Plaintiff, <br> v. <br><br> MTS SYSTEMS CORPORATION, a Minnesota corporation, <br><br> Defendant. | Civil No. 07-cv-01533 (ADM/AJB) <br><br> **DEFENDANT'S CERTIFICATION OF COMPLIANCE D. MINN. LR 37.1** |

In accordance with D. Minn. LR 37.1, the undersigned counsel for Defendant MTS Systems Corporation ("MTS"), hereby certifies that prior to bringing MTS's Motion for Protective Order, counsel met and conferred with counsel for Plaintiff Hysitron Incorporated in a good faith effort to resolve this discovery matter without Court action.

Respectfully submitted,

Dated: April 17, 2008

WINTHROP & WEINSTINE, P.A.

By: s/ David P. Pearson
David P. Pearson, #84712
William A. McNab, #320924
Brent A. Lorentz, #0386865
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
*Attorneys for MTS Systems Corporation*

3768707v1