IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
**CERTIFICATE OF SERVICE**

Re:  HYSITRON INCORPORATED v. MTS SYSTEMS CORPORATION
     Civil File No: 07-1533 ADM/AJB

I hereby certify that on April 17, 2008, I caused the following documents:

1. Defendant's Motion for Protective Order, and in the Alternative, for Stay of Discovery;
2. Defendant's Notice of Motion for Protective Order, and in the Alternative, for Stay of Discovery;
3. Memorandum of Law in Support of Defendant's Motion for Protective Order, in Opposition to Motion to Compel, and, in the Alternative, for Stay of Discovery Pending Motion for Partial Summary Judgment;
4. L.R. 7.1 (c) Word Count Compliance Certificate;
5. Defendant's Certification of Compliance D. Minn. LR 37.1; and
6. Affidavit of Brent A. Lorentz in Opposition to Plaintiff's Motion to Compel with Exhibits.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Allen W. Hinderaker**
ahinderaker@merchantgould.com
kdrieman@merchantgould.com

**Brian N. Platt**
bplatt@merchantgould.com

**Joshua P. Graham**
jgraham@merchantgould.com
cnystrom@merchantgould.com

**Tong Wu**
twu@merchantgould.com

**William D. Schultz**
wschultz@merchantgould.com
aries@merchantgould.com

**David P Pearson**
dpearson@winthrop.com
bkogler@winthrop.com

**Brent A. Lorentz**
blorentz@winthrop.com
ddumond@winthrop.com

**Daniel J. Kelly**
dkelly@winthrop.com

**Kyle J. Kaiser**
kkaiser@winthrop.com
bkogler@winthrop.com

I further certify that I caused the proposed order(s) to be filed with the Court via e-mail to the following judge and the following counsel of record:

The Honorable Arthur J. Boylan
boylan_chambers@mnd.uscourts.gov

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    Not Applicable.

Dated: April 17, 2008        WINTHROP & WEINSTINE, P.A.

        By: s/ David P. Pearson
           David P. Pearson, #84712
           Daniel J. Kelly, #0351386
           Kyle J. Kaiser, #0345106
           Brent A. Lorentz, #386865

        Suite 3500
        225 South Sixth Street
        Minneapolis, Minnesota 55402
        Tel: (612) 604-6400
        Fax: (612) 604-6800
        dpearson@winthrop.com
        dkelly@winthrop.com
        kkaiser@winthrop.com
        blorentz@winthrop.com

        *Attorneys for MTS Systems Corporation*

3768282v1