IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED, ADM/AJB a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MTS SYSTEMS CORPORATION, a Minnesota corporation,<br><br>Defendant. | Civil Action No. 07 CV 1533 |

## **LOCAL RULE 7.1(c) CERTIFICATION**

I hereby certify that the Memorandum of Law in Opposition to Motion for Protective Order, or in the alternative, to Stay Discovery Pending Disposition of Motion for Partial Summary Judgment filed electronically on April 24, 2008, complies with the word limit imposed by Local Rule 7.1(c), as amended, with a total word count of 4,439 words, including headings, footnotes, and quotations.

I further certify that the accompanying document was created in Microsoft® Office Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.

Respectfully submitted,

Dated: April 24, 2008          By:     /s/ Brian N. Platt
                                       Allen W. Hinderaker #45287
                                       Tong Wu #0288974
                                       Brian N. Platt *pro hac vice*
                                       MERCHANT & GOULD P.C.
                                       80 South Eighth Street, #3200
                                       Minneapolis, MN 55402-4131
                                       Telephone No.: 612.332.5300
                                       Facsimile No.: 612.332.9081

                                       **ATTORNEYS FOR PLAINTIFF
                                       HYSITRON INCORPORATED**