IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED, ADM/AJB a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MTS SYSTEMS CORPORATION, a Minnesota corporation,<br><br>Defendant. | Civil Action No. 07 CV 1533 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I caused the following document:

1. Plaintiff Hysitron Incorporated's Memorandum of Law in Opposition to Motion for Protective Order, or in the alternative, to Stay Discovery Pending Disposition of Motion for Partial Summary Judgment;
2. Declaration of Brian N. Platt in Support of Memorandum in Opposition to Motion for Protective Order, or in the alternative, to Stay Discovery Pending Disposition of Motion for Partial Summary Judgment w/ exhibits;
3. LR 7.1 (c) Certificate of Compliance; and
4. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e- notice of the electronic filing to the following:

   Davis P. Pearson (dpearson@winthrop.com)
   Winthrop & Weinstine, P.A.
   225 South Sixth Street
   Minneapolis, MN 55402

Date: April 24, 2008            By: /s/Brian N. Platt
                                                         Brian N. Platt