# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Hysitron Incorporated,<br>　　　　Plaintiff,<br>v.<br><br>MTS Systems Corporation,<br>　　　　Defendant. | **COURT MINUTES**<br>BEFORE: Arthur J. Boylan<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 07-1533 (ADM/AJB) |
| Date: | May 1, 2008 |
| Court Reporter: | |
| Tape Number: | 218 (MPLS)(Ctrm. 8E) |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 11:20 a.m. |
| Time in Court: | 1 Hour & 20 Minutes |

APPEARANCES:

　For Plaintiff:　　　Brian N. Platt, William D. Schultz
　For Defendant: David P. Pearson, Brent A. Lorentz

　Interpreter / Language: na / na

　　IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**　　　　**:　COURT**　　　9 **PLAINTIFF**　　　9 **DEFENDANT**

　Hearing on Plaintiff's Motion to Compel Documents [Docket No. 82], as well as Defendant's Motion for Protective Order, or in the Alternative, to Stay Discovery Pending Disposition of Motion for Partial Summary Judgment [Docket No. 95].

Motions taken under advisement as of:　　May 1, 2008

**:** ORDER TO BE ISSUED　　　9 NO ORDER TO BE ISSUED　　　9 R&R TO BE ISSUED　　　9 NO R&R TO BE ISSUED

9 Exhibits retained by the Court　　　9 Exhibits returned to counsel

　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Brendan J. Dolan
　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Law Clerk