IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MTS SYSTEMS CORPORATION, a Minnesota corporation,<br><br>Defendant. | Civil Action No. 07 CV 1533 ADM/AJB |

### DECLARATION OF BRIAN PLATT IN OPPOSITION TO DEFENDANT MTS SYSTEMS CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Brian Platt, hereby declares as follows:

1. I am an attorney with the law firm of Merchant & Gould located in Minneapolis, Minnesota and represent Plaintiff Hysitron Incorporated ("Hysitron") in the above-captioned action. This declaration is respectfully submitted in opposition to Defendant's Motion for Partial Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and accurate copy of "Hysitron" search results for WebCrawler.com dated December 28, 2007.

3. Attached hereto as Exhibit 2 is a true and accurate copy of "Hysitron" search results for excite.com dated December 28, 2007.

4. Attached hereto as Exhibit 3 is a true and accurate copy "Hysitron" search results for dogpile.com dated December 27, 2007.

5. Attached hereto as Exhibit 4 is a true and accurate copy of a letter to Allen Hinderaker dated February 22, 2008 from David P. Pearson.

6. Attached hereto as Exhibit 5 is a true and accurate copy MTS Systems Corporation's Response and Objections to Plaintiff's Second Set of Requests for Production of Documents and Things.

7. Attached hereto as Exhibit 6 is a true and accurate copy of Gmail by Google printout dated April 21, 2008.

8. Attached hereto as Exhibit 7 is a true and correct copy of <u>Edina Realty, Inc. v. TheMLSonline.com</u>, 80 U.S.P.Q.2D (BNA) 1039, 2006 U.S. Dist. LEXIS 13775, (D. Minn. 2006) (Tunheim, J.).

9. Attached hereto as Exhibit 8 is a true and correct copy of the unpublished decision in <u>Google Inc. v. Am. Blind & Wallpaper Factory, Inc.</u>, 2007 U.S. Dist. LEXIS 32450 (N.D. Cal. 2007).

10. Attached hereto as Exhibit 9 is a true and correct copy of <u>Gregerson v. Vilana Financial, Inc.</u>, 84 U.S.P.Q.2D (BNA) 1245, 2007 U.S. Dist. LEXIS 64960 (D. Minn. 2007) (Montgomery, J.).

11. Attached hereto as Exhibit 10 is a true and correct copy of <u>Coca-Cola Co. v. Purdy</u>, 74 U.S.P.Q.2D (BNA) 1048, 2005 U.S. Dist. LEXIS 1226 (D. Minn. 2005) (Montgomery, J.).

12. Attached hereto as Exhibit 11 is a true and correct copy of <u>J.G. Wentworth, S.S.C., Ltd v. Settlement Funding LLC</u>, 2007 U.S. Dist. LEXIS 288 (E.D. Pa. 2007).

13. Attached hereto as Exhibit 12 is a true and correct copy of <u>Gregerson v. Vilana Financial, Inc.</u>, 84 U.S.P.Q.2D (BNA) 1219, 2006 U.S. Dist. LEXIS 81731 (D. Minn. 2006) (Montgomery, J.).


Dated: May 9, 2008                  /s/Brian N. Platt
                                                         Brian N. Platt