IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, | Civil Action No. 07 CV 1533 ADM/AJB |
| Plaintiff, | |
| v. | |
| MTS SYSTEMS CORPORATION, a Minnesota corporation, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I caused the following document:

1. Plaintiff Hysitron Incorporated's Memorandum of Law in Opposition to Motion for Partial summary Judgment;
2. Declaration of Brian N. Platt in Support of Memorandum in Opposition to Motion for Partial summary Judgment with exhibits;
3. Declaration of Oden Warren in Opposition to Defendant MTS Systems Corporation's Motion for Partial Summary Judgment;
4. Declaration of Allen Hinderaker in Support of Memorandum in Opposition to Motion for Partial summary Judgment;
5. LR 7.1 (c) Certificate of Compliance; and
6. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e- notice of the electronic filing to the following:

 Davis P. Pearson (dpearson@winthrop.com)
Winthrop & Weinstine, P.A.
225 South Sixth Street
Minneapolis, MN 55402


Date: May 9, 2008						By:	/s/Brian N. Platt
								Brian N. Platt