IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
**CERTIFICATE OF SERVICE**

Re:     HYSITRON INCORPORATED v. MTS SYSTEMS CORPORATION
        Civil File No: 07-1533 ADM/AJB

I hereby certify that on May 16, 2008, I caused the following documents:

1. Reply Memorandum of Law in Support of Defendant's Motion to Partial Summary Judgment;
2. L.R. 7.1(c) Word Count Compliance Certificate; and
3. Declaration of Brandon Rochelle

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Allen W. Hinderaker**
ahinderaker@merchantgould.com
kdrieman@merchantgould.com

**David P Pearson**
dpearson@winthrop.com
bkogler@winthrop.com

**Brian N. Platt**
bplatt@merchantgould.com

**Brent A. Lorentz**
blorentz@winthrop.com
ddumond@winthrop.com

**Joshua P. Graham**
jgraham@merchantgould.com
cnystrom@merchantgould.com

**Daniel J. Kelly**
dkelly@winthrop.com

**Tong Wu**
twu@merchantgould.com

**Kyle J. Kaiser**
kkaiser@winthrop.com
bkogler@winthrop.com

**William D. Schultz**
wschultz@merchantgould.com
aries@merchantgould.com

I further certify that I caused the proposed order(s) to be filed with the Court via e-mail to the following judge and the following counsel of record:

n/a

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

     Not Applicable.


Dated:  May 16, 2008               WINTHROP & WEINSTINE, P.A.


                     By:  s/ David P. Pearson
                         David P. Pearson, #84712
                         William A. McNab, #320924
                         Jessica S. Karich, #0387156

                     Suite 3500
                     225 South Sixth Street
                     Minneapolis, Minnesota 55402
                     Tel:  (612) 604-6400
                     Fax:  (612) 604-6800

                     *Attorneys for MTS Systems Corporation*


3819351v1