UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation,<br><br>                      Plaintiff,<br>v.<br><br>MTS SYSTEMS CORPORATION,<br>a Minnesota corporation,<br><br>                      Defendant. | Civil No. 07-cv-01533 (ADM/AJB)<br><br>**MTS' RENEWED MOTION FOR STAY PENDING PATENT REEXAMINATION** |

Defendant MTS Systems Corporation ("MTS") respectfully renews its Motion For a Stay Pending Patent Reexamination.

MTS's motion is based upon its memorandum of law and supporting papers filed herewith, arguments of counsel, and all of the files, records and proceedings herein.

Dated: July 15, 2008　　　　　　　　　WINTHROP & WEINSTINE, P.A.


　　　　　　　　　　　　　　　　　　　By: __s/ Brent A. Lorentz_____
　　　　　　　　　　　　　　　　　　　　　David P. Pearson, #84712
　　　　　　　　　　　　　　　　　　　　　William A. McNab, #320924
　　　　　　　　　　　　　　　　　　　　　Brent A. Lorentz, #386865

　　　　　　　　　　　　　　　　　　　Suite 3500
　　　　　　　　　　　　　　　　　　　225 South Sixth Street
　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　　　　Tel: (612) 604-6400
　　　　　　　　　　　　　　　　　　　Fax: (612) 604-6800

　　　　　　　　　　　　　　　　　　　*Attorneys for MTS Systems Corporation*

3927854v1