UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| HYSITRON INCORPORATED,<br>a Minnesota corporation,<br><br>Plaintiff,<br>v.<br><br>MTS SYSTEMS CORPORATION,<br>a Minnesota corporation,<br><br>Defendant. | Civil No. 07-cv-01533 (ADM/AJB)<br><br>**MTS' NOTICE OF RENEWED<br>MOTION FOR STAY PENDING<br>PATENT REEXAMINATION** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Thursday, July 31, 2008 at 10:30 a.m. before the Honorable Magistrate Judge Arthur J. Boylan in Courtroom 5, United States Courthouse, 180 East Fifth Street, Saint Paul, Minnesota, Defendant MTS Systems Corporation ("MTS") will bring before the Court its Renewed Motion For Stay Pending Patent Reexamation.

MTS' motion is based upon its memorandum of law and supporting papers filed herewith, arguments of counsel, and all of the files, records and proceedings herein.

Dated:  July 15, 2008               WINTHROP & WEINSTINE, P.A.


                                    By:    s/ Brent A. Lorentz
                                          David P. Pearson, #84712
                                          William A. McNab, #320924
                                          Brent A. Lorentz, #386865

                                    Suite 3500
                                    225 South Sixth Street
                                    Minneapolis, Minnesota 55402
                                    Tel:  (612) 604-6400
                                    Fax:  (612) 604-6800

                                    *Attorneys for MTS Systems Corporation*

3927853v1