IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
**CERTIFICATE OF SERVICE**

Re:   HYSITRON INCORPORATED v. MTS SYSTEMS CORPORATION
      Civil File No: 07-1533 ADM/AJB

I hereby certify that on July 15, 2008, I caused the following documents:

1. MTS' Notice of Renewed Motion for Stay Pending Patent Reexamination;
2. MTS' Renewed Motion for Stay Pending Patent Reexamination;
3. Defendant's Memorandum of Law in Support of Renewed Motion for Stay Pending Patent Reexamination;
4. Declaration of Brent Lorentz in Support of Renewed Motion for Stay; and
5. L.R. 7.1(c) Word Count Compliance Certificate; and

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Allen W. Hinderaker**
ahinderaker@merchantgould.com
kdrieman@merchantgould.com

**Brian N. Platt**
bplatt@merchantgould.com

**Joshua P. Graham**
jgraham@merchantgould.com
cnystrom@merchantgould.com

**Tong Wu**
twu@merchantgould.com

**William D. Schultz**
wschultz@merchantgould.com
aries@merchantgould.com

**David P Pearson**
dpearson@winthrop.com
bkogler@winthrop.com

**Brent A. Lorentz**
blorentz@winthrop.com
ddumond@winthrop.com

**Daniel J. Kelly**
dkelly@winthrop.com

**Kyle J. Kaiser**
kkaiser@winthrop.com
bkogler@winthrop.com

I further certify that I caused the proposed order(s) to be filed with the Court via e-mail to the following judge and the following counsel of record:

boylan_chambers@mnd.uscourts.gov

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

 Not Applicable.


Dated: July 15, 2008        WINTHROP & WEINSTINE, P.A.


            By: s/ Brent A. Lorentz
             David P. Pearson, #84712
             William A. McNab, #320924
             Brent A. Lorentz, #386865

            Suite 3500
            225 South Sixth Street
            Minneapolis, Minnesota 55402
            Tel: (612) 604-6400
            Fax: (612) 604-6800

            *Attorneys for MTS Systems Corporation*

3928744v1