IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
**CERTIFICATE OF SERVICE**

Re: HYSITRON INCORPORATED v. MTS SYSTEMS CORPORATION
Civil File No: 07-1533 ADM/AJB

I hereby certify that on July 17, 2008, I caused the following document:

1. MTS' Amended Notice of Renewed Motion for Stay Pending Patent Reexamination;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Allen W. Hinderaker**
ahinderaker@merchantgould.com
kdrieman@merchantgould.com

**David P Pearson**
dpearson@winthrop.com
bkogler@winthrop.com

**Brian N. Platt**
bplatt@merchantgould.com

**Brent A. Lorentz**
blorentz@winthrop.com
ddumond@winthrop.com

**Joshua P. Graham**
jgraham@merchantgould.com
cnystrom@merchantgould.com

**Daniel J. Kelly**
dkelly@winthrop.com

**Tong Wu**
twu@merchantgould.com

**Kyle J. Kaiser**
kkaiser@winthrop.com
bkogler@winthrop.com

**William D. Schultz**
wschultz@merchantgould.com
aries@merchantgould.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Not Applicable.

Dated: July 17, 2008                WINTHROP & WEINSTINE, P.A.


                                    By:  s/ Brent A. Lorentz
                                         David P. Pearson, #84712
                                         William A. McNab, #320924
                                         Brent A. Lorentz, #386865

                                    Suite 3500
                                    225 South Sixth Street
                                    Minneapolis, Minnesota 55402
                                    Tel: (612) 604-6400
                                    Fax: (612) 604-6800

                                    *Attorneys for MTS Systems Corporation*

3933724v1