UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation,<br><br>Plaintiff,<br>v.<br><br>MTS SYSTEMS CORPORATION, a Minnesota corporation,<br><br>Defendant. | Civil No. 07-cv-01533 (ADM/AJB)<br><br>**MTS' SECOND AMENDED NOTICE OF RENEWED MOTION FOR STAY PENDING PATENT REEXAMINATION** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Thursday, August 7, 2008 at 2:30 p.m. before the Honorable Magistrate Judge Arthur J. Boylan in Courtroom 5, United States Courthouse, 180 East Fifth Street, Saint Paul, Minnesota, Defendant MTS Systems Corporation ("MTS") will bring before the Court its Renewed Motion For Stay Pending Patent Reexamination.

MTS' motion is based upon its memorandum of law and supporting papers filed herewith, arguments of counsel, and all of the files, records and proceedings herein.

Dated: July 17, 2008	WINTHROP & WEINSTINE, P.A.


By:  s/Brent A. Lorentz
David P. Pearson, #84712
William A. McNab, #320924
Brent A. Lorentz, #386865

Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800

*Attorneys for MTS Systems Corporation*

3927853v3