IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| HYSITRON INCORPORATED, a Minnesota corporation, | ) ) ) ) | Civil Action No. 07 CV 1533 ADM/AJB |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| MTS SYSTEMS CORPORATION, a Minnesota corporation, | ) ) ) |  |
| Defendant. | ) ) ) |  |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I caused the following documents:

1. Plaintiff Hysitron Incorporated's Memorandum in Opposition to Defendant's Renewed Motion to Stay Litigation Pending Reexamination of Plaintiff's Patents;
2. Declaration of Joshua Graham in Opposition to Defendant's Renewed Motion to Stay Litigation Pending Reexamination of Plaintiff's Patents with Exhibits;
3. LR 7.1 (c) Certificate of Compliance; and
4. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e- notice of the electronic filing to the following:

    Davis P. Pearson (dpearson@winthrop.com)
    Winthrop & Weinstine, P.A.
    225 South Sixth Street
    Minneapolis, MN 55402

Date: July 24, 2008                  By: /s/Allen W. Hinderaker
                                                      Allen W. Hinderaker