# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Hysitron, Inc.,

                      Plaintiff(s),

  v.

MTS Systems, Inc.,

                      Defendant(s).

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 07 cv 1533 ADM/AJB |
| Date: | August 7, 2008 |
| Court Reporter: | none |
| Tape Number: | 117, Ctrm. 5 |
| Time Commenced: | 2:30 p.m. |
| Time Concluded: | 3:35 p.m. |
| Time in Court: | 1 Hour, 5 Minutes |

APPEARANCES:

  For Plaintiff:      Allen Hinderaker and Joshua Graham
  For Defendant:    David Pearson and Brent Lorentz

  Interpreter / Language:    NA

    IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:**      XX COURT

     Hearing on defendant's motion for stay pending patent re-examination. [Docket No. 117].

Motions taken under advisement as of:    August 7, 2008

XX    ORDER TO BE ISSUED

                                      s/ Paul S.
                                      Signature of Law Clerk