**Merchant & Gould**

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone 612.332.5300
Fax 612.332.9081
www.merchantgould.com

Direct Contact | 612.371.5292
ahinderaker@merchantgould.com

August 11, 2008

**VIA ECF FILING**

Magistrate Judge Arthur J. Boylan
United States District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

*Re:    Hysitron Incorporated v. MTS Systems Corporation*
*       Court File No. 07 CV 1533 ADM/AJB*
*       M&G No. 15485.2USZA*

Dear Magistrate Judge Boylan:

Following the hearing on MTS' second motion to stay, the United States District Court for the District of Nebraska issued a Memorandum and Order in Ecolab, Inc. v. Paraclipse, Inc., Case No. 8:97CV304. A copy of that Memorandum and Order is attached. This decision is brought to the Court's attention because one of the issues presented is the relevance of claim construction by the Patent Office. In Ecolab, the patent re-issued after reexamination, and in the reexamination process the Patent Office made comments on the scope of the claims. The analysis and decision on this issue is found at page 15 of the Memorandum and Order. The Ecolab court concluded:

> Comments made by examiners or administrative law judges during the course of prosecution or reexamination of a patent are inapposite to claim construction in a patent litigation proceeding because the rules of claim construction that apply to patent litigation proceedings are different from those that apply during prosecution or reexamination proceedings.

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, D.C.

> * * * The Patent Office's claim construction standards simply are inapplicable to litigation. (Citations omitted)

Respectfully submitted,

s/Allen Hinderaker

Allen Hinderaker


cc: David P. Pearson, Esq. (w/encl. via ECF Filing)